■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW WILLIAMS, Appellant. [682 NYS2d 126] —Appeal from judgment, Supreme Court, New York County (Dorothy Cropper, J.), rendered July 23, 1996, convicting defendant, after a jury trial, of robbery in the first and second degrees and sentencing him to concurrent, indeterminate terms of 10 to 20 years and 7½ to 15 years imprisonment, respectively, held in abeyance, and the matter remanded to the trial court to hear and determine the issue of whether the police obtained a valid waiver of the defendant's right to counsel at the lineup.

April 23, 1996, convicting defendant, after a jury trial, of attempted assault in the first degree, assault in the second degree and criminal possession of a weapon in the third degree, and sentencing him to concurrent terms of 2⅓ to 7 years, unanimously affirmed.

Since defendant never presented an intoxication defense nor asked that any such instruction be given, there was no reason for the court to give such an instruction *sua sponte*, and such action might have interfered with defendant's trial strategy (*see, People v DeGina*, 72 NY2d 768). In any event, there was insufficient evidence of intoxication to warrant such a charge. Concur—Milonas, J. P., Williams, Andrias and Saxe, JJ.